UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOUGLAS C. PALMER
Clerk

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2270
Fax: (718) 613-2333

Date: Mar 17, 2015

Civil Action Number: 14-cv-7535-ARR-SMG

Judge: HON. ALLYNE R. ROSS

Re: Doris Yembe   AND   Regina Lewis   v. K. Ask-Carlson et. al.

Dear Warden or Superintendent:

Doris Yembe _____ filed a complaint with this Court thereby incurring filing fees in the total amount of $350.00. See 28 U.S.C. § 1914 (as amended on Feb. 8, 2006) (increasing district court filing fee to $350).

Pursuant to 28 U.S.C. § 1915 (as amended July 26, 1996), plaintiff is proceeding *in forma pauperis* and must pay the total $350 fee by monthly installments deducted from plaintiff's prison trust fund account (or institutional equivalent).

Plaintiff has executed the enclosed prisoner authorization that requests and authorizes your agency to send a certified copy of plaintiff's prison trust fund account for the past six months to this Court. The prisoner authorization further requests and authorizes your agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those amounts from plaintiff's prison trust fund account (or institutional equivalent) and to disburse those amounts to this Court.

The Warden or Superintendent shall not deduct more than twenty percent from the prisoner's trust fund account and shall forward the payments to the appropriate courts sequentially if there are multiple fee-related encumbrances, rather than collecting multiple fees at the same time that exceed twenty percent of the prisoner's trust fund account.

Accordingly, please forward copies of plaintiff's prison trust fund account for the past six months and disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Eastern District of New York. Please remember to include the above-referenced docket number on the disbursement check before sending it to the Court.

Very Truly Yours,

Douglas C. Palmer, Clerk

rev. 4/29/09

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## PRISONER AUTHORIZATION

GOLD, M.J.

Case Name: _____ vs. _____
            (Enter full name of plaintiff(s))      (Enter full name of defendant(s))

Docket Number: _____-CV-_____ ( **CV 14 7535**
                (Enter the docket number if available; if filing with your complaint, leave blank)

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, **no matter what the outcome of the action.**

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, ___Doris Yembe___ (print or type your name), request and authorize the facility institution or agency holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the facility or agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility or agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my *in forma pauperis* application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT <u>EVEN IF MY CASE IS DISMISSED</u>.

_____                    January 2 2015
Signature of Plaintiff                       Date Signed

Prisoner I.D. Number(s)     05146-104

Name of Current Facility    Metropolitan Detention Center Brooklyn

rev. 2/11