UNITED STATES DISTRICT COURT  NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

REGINA LEWIS and DORIS YEMBE,

                Plaintiffs,

**CIVIL JUDGMENT**
14-CV-7535 (ARR)

       -against-

K. ASK-CARLSON; METROPOLITAN
CORRECTIONAL CENTER; METROPOLITAN
DETENTION CENTER; UNITED STATES OF
AMERICA; FEDERAL DEFENDERS; UNITED
STATES MARSHALS SERVICE; CJA PANEL;
FEDERAL BUREAU OF PRISONS; FDC MIAMI,
GRADY COUNTY JAIL OKLAHOMA, PALM
BEACH COUNTY JAIL, and CHARLES
SAMUELS JR.,

                Defendants.
----------------------------------------------------------------x
ROSS, United States District Judge.

      Pro se plaintiffs Doris Yembe and Regina Lewis filed this action on December 23, 2014, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). Dkt. #1. By Memorandum and Order dated March 11, 2015, plaintiffs' complaint was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Dkt. #9. In light of this Court's duty to liberally construe pro se complaints and in an abundance of caution, plaintiffs were given thirty (30) days leave to file an amended complaint. Plaintiff Yembe filed an amended complaint on April 6, 2015. Dkt. #11. Plaintiff Lewis did not join co-plaintiff in filing the amended complaint, and was not mentioned in the amended complaint. By Memorandum and Order dated May 22, 2015, Plaintiff Lewis's claims were dismissed, and Plaintiff Yembe was once again given thirty (30) days to file

1

an amended complaint pursuant to 28 U.S.C. § 1915. Dkt. #15. Plaintiff Yembe was warned that if she failed to comply with that Order within the time allowed, judgment shall enter. To date, Plaintiff Yembe has failed to respond to the Court's May 22, 2015 Memorandum and Order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaint is hereby dismissed without prejudice. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore IFP status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

s/ARR

_____
ALLYNE R. ROSS
United States District Judge

Dated: July 10, 2015
       Brooklyn, New York